Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BLAIN KIMBLE,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 16-cv-05453-JD<br><br>**JUDGMENT** |

Pursuant to the summary judgment order filed on June 29, 2018, Dkt. No. 20, judgment is entered in favor of plaintiff and against defendant. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: June 29, 2018

_____
JAMES DONATO
United States District Judge